## <u>RETURN OF SERVICE</u>

### UNITED STATES DISTRICT COURT
### CENTRAL District of Florida

Case Number: 2:26-CV-6310-SPG-AJRX

Plaintiff: **KIMBERLY HAPTON, individually and on behalf of all those similarly situated**
vs.
Defendant: **DH & RK INVESTMENTS, LLC**

For:
VINIT VENKATESH
PROPERTY LITIGATION GROUP, PLLC
2750 SW 145TH AVENUE
SUITE 509
MIRAMAR, FL 33027

Received by Caplan, Caplan & Caplan Process Servers on the 24th day of June, 2026 at 12:37 pm to be served on **DH & RK INVESTMENTS LLC C/O REGISTERED AGENT, RYAN MR. KELLY, 150 E. PALMETTO PARK RD, SUITE 800, BOCA RATON, FL 33432**.

I, Erick Maillard, do hereby affirm that on the **29th day of June, 2026** at **3:55 pm, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT, AND NOTICE TO COUNSEL** with the date, hour and initials of process server endorsed thereon by me, to: **VERONICA SERANO**, as RECEPTIONIST for **DH & RK INVESTMENTS LLC** at the address of: **150 E. PALMETTO PARK RD, SUITE 800, BOCA RATON, FL 33432**, and informed said person of the contents therein, in compliance with F.S. 48.062 (01).  Service was made on an employee of Registered agent  as the registered agent was temporarily absent from his or her office  during the statutory hours of 10am to 12pm or 2pm to 4pm.

 Under penalty of perjury, I swear or affirm, pursuant to Fla.Stat.92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

_____

**Erick Maillard**
907

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2026024171
Service Fee: _____



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| Kimberly Hapton,  individually and on behalf of all those similarly situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| DH & RK Investments, LLC | ) ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   2:26-cv-6310 SPG (AJRx)

40

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DH & RK Investments, LLC
c/o Registered Agent: Ryan Mr. Kelly
150 E Palmetto Park Rd,
Boca Raton, FL, 33432

DELIVERED  6/29/2026  3:55 PM
SERVER   EM
LICENSE   907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vinit R. Venkatesh, Esq.
California Bar No: 367857
E-mail: vv@plgdamage.com
PLG Damage Attorneys
2750 SW 145th Ave
Miramar, FL 33027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/23/2026

_____
*Signature of Clerk or Deputy Clerk*